UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Taniesheia Harden
                        Plaintiff,

v.                                                Case No.: 1:16−cv−01931
                                                  Honorable Matthew F. Kennelly

Comcast
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 8, 2016:

      MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held on 8/8/2016 with attorneys for both sides. Plaintiff will make a settlement demand within the next day or two. Telephone status hearing, to be initiated by the parties, is set for 8/30/2016 at 8:45 a.m. The case is stayed under 11 USC 362 due to plaintiff's filing of a Chapter 13 bankruptcy petition. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.