# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TANIESHEIA HARDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 16-cv-01931 |
| v. ) | |
| ) | Honorable Matthew F. Kennelly |
| COMCAST, ) | |
| ) | |
| Defendant. ) | |

## PARTIES' JOINT STATUS REPORT REGARDING DISCOVERY

NOW COMES Plaintiff Taniesheia Harden ("Plaintiff") and Defendant Comcast Cable Communications Management, LLC ("Defendant") (collectively the "Parties"), by and through their respective attorneys, and pursuant to the Court's June 14, 2017 Order [D.E. 34], hereby files their Joint Status Report Regarding Discovery:

1. On February 3, 2016, Plaintiff filed a Complaint against Defendant. [D.E. 1].

2. On March 7, 2016, Plaintiff filed her Amended Complaint against Defendant. [D.E. 6].

3. Defendant filed its Answer and Affirmative Defenses to Plaintiff's Amended Complaint on May 6, 2016. [D.E. 10].

4. On May 24, 2016, this Honorable Court ordered all discovery to be closed on January 31, 2017. [D.E. 13].

5. On June 3, 2016, Defendant served its first set of written discovery on Plaintiff. Plaintiff's responses were due on or before July 5, 2016. Defendant sent Plaintiff

correspondence on July 15, 2016 regarding Plaintiff's deficient responses. Plaintiff responded to Defendant's discovery requests on July 27, 2016.

6. On August 8, 2016, Plaintiff served her first set of written discovery requests on Defendant, and Defendant sent Plaintiff subsequent correspondence regarding deficient discovery responses. Defendant's discovery responses were due on or before September 7, 2016.

7. That same day, on August 8, 2016, the Parties attended a status hearing before this Honorable Court and advised the Court that Plaintiff had filed for Chapter 13 bankruptcy. On August 8, 0216, this Court stayed all proceedings in this matter under 11 U.S.C. 362 pending the outcome of Plaintiff's bankruptcy suit. [D.E. 15].

8. On January 31, 2017, the United States Bankruptcy Court, Northern District of Illinois entered an Order lifting the stay as to Plaintiff's civil action against Defendant. On February 2, 2017, the Parties advised the Court regarding the United States Bankruptcy Court, Northern District of Illinois' Order lifting the stay. [D.E. 24].

9. On February 15, 2017, this Honorable Court ordered all discovery to be closed on September 29, 2017 [D.E. 26].

10. On March 8, 2017, Plaintiff served her Revised Answers to Defendant's First Set of Interrogatories and Revised Responses to Defendant's First Request to Produce.

11. On June 6, 2017, this Honorable Court granted Defendant's Motion to substitute Lead Counsel for Defendant Nesheba M. Kitting for Steve A. Miller.

12. Since the lift of the stay as to Plaintiff's civil action, the Parties have exchanged, responded to written discovery, and Plaintiff has supplemented her responses to Defendant's

written discovery requests. The Parties have also explored settlement and exchanged settlement numbers.

13. Moving forward, the Parties plan on continuing settlement negotiations and supplementing written discovery as needed. The Parties do not anticipate needing the Court's intervention to resolve discovery disputes.

14. Counsel for the parties are also consulting with their clients to determine whether the parties are agreeable to referral to the Magistrate Judge, for the purpose of conducting a settlement conference.

15. Additionally, and should the Parties reach an impasse in settlement negotiations, Plaintiff anticipates scheduling the oral depositions of Hilda Toscano, Andre Brown, Robert Signor, Tracey Mingo, David Ross, and Marshal Wilaby in the month of August 2017. Defendant anticipates scheduling the oral deposition of Plaintiff in the month of August 2017, as well. Counsel for Plaintiff and Defendant are currently obtaining possible dates in August for such depositions.

Dated: June 26, 2017

Respectfully submitted,

| | |
|---|---|
| */s/ Jemelle D. Cunningham* | */s/ Jessica D. Causgrove* |
| Jemelle D. Cunningham | Steve A. Miller |
| LAD Law Group, P.C. | Jessica D. Causgrove |
| 203 N. LaSalle St., Suite 2100 | Fisher & Phillips LLP |
| Chicago, Illinois 60601 | 10 S. Wacker Drive, Suite 3450 |
| Tel: (312) 252-9085 | Chicago, Illinois 60606 |
| j.cunningham@ladlawgroup.com | Tel: (312) 346-8061 |
| | smiller@fisherphillips.com |
| | jcausgrove@fisherphillips.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

# **CERTIFICATE OF SERVICE**

The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

That on June 26, 2017, I electronically filed the foregoing JOINT STATUS REPORT REGARDING DISCOVERY, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Jemelle D. Cunningham
> LAD Law Group, P.C.
> 203 N. LaSalle St., Suite 2100
> Chicago, Illinois 60601
> Tel: (312) 252-9085
> j.cunningham@ladlawgroup.com
> *Attorney for Plaintiff*

thereby serving the same upon them.

Dated:  June 26, 2017                                    */s/ Jessica D. Causgrove*
                                                                          Jessica D. Causgrove